**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LITITZ MUTUAL INSURANCE CO., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> STEVE D. WILSON, et al., : <br> Defendants. : | No.   5:24-cv-0155 |

# O R D E R

**AND NOW**, this 22nd day of October, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Steve Wilson's Motion to Dismiss, ECF No. 41, is **DISMISSED**;

2. Plaintiff Lititz Mutual Insurance Company's Motion for Summary Judgment, ECF No. 40, is **DISMISSED;**

3. The case is **DISMISSED** for lack of jurisdiction;

4. The Clerk of Court shall **CLOSE** this case.

                                                       BY THE COURT:


                                                       */s/ Joseph F. Leeson, Jr.*
                                                       JOSEPH F. LEESON, JR.
                                                       United States District Judge